ORIGINAL

**FORM 2**
**COVER SHEET**

# In The United States Court of Federal Claims

Cover Sheet

Plaintiff(s) or Petitioner(s)

System Planning Corporation
Suite 3000
1000 Wilson Boulevard
Arlington, VA 22209-3911

RECEIVED
OVER THE COUNTER
SEP 18 2007
THE OFFICE OF THE CLERK
U.S. COURT OF FEDERAL CLAIMS

Name of the attorney of record (See RCFC 83.1(c)): F. Whitten Peters

Firm Name: Williams & Connolly LLP

Street Address: 725 Twelfth Street, N.W.

City-State-Zip: Washington, D.C. 20005

07-678 C

Telephone & Facsimile Numbers: (202) 434-5000 Fax: (202) 434-5029

Is the attorney of record admitted to the Court of Federal Claims Bar? X Yes ☐ No

Does the attorney of record have a Court of Federal Claims ECF account? ☐Yes X No
If not admitted to the court or enrolled in the court's ECF system, please call (202) 357-6402 for admission papers and/or enrollment instructions.

Nature of Suit Code: 114
Select only one (three digit) nature-of-suit code from the attached sheet and if numbers 118, 134, 226, 312, 356, or 528 are used, please explain.

Agency Identification Code: AF
See attached sheet for three-digit codes.

Amount Claimed: $ 7,039,870
Use estimate if specific amount is not pleaded.

Disclosure Statement:
Is a RCFC 7.1 Disclosure Statement required? X Yes ☐ No
If yes, please note that two copies are necessary.

Bid Protest:
Indicate approximate dollar amount of procurement at issue: $______________________________
Is plaintiff a small business? ☐ Yes ☐ No

Vaccine Case:
Date of Vaccination: ______________________

Related Cases:
Is this case directly related to any pending or previous case? ☐Yes X No
If yes, you are required to file a separate notice of directly related case(s). See RCFC 40.2.