ORIGINAL

FILED
SEP 18 2007
U.S. COURT OF FEDERAL CLAIMS

IN THE UNITED STATES
COURT OF FEDERAL CLAIMS

SYSTEM PLANNING CORPORATION

Plaintiff,

v.

UNITED STATES OF AMERICA,

Defendant.

Case No. 07-678 C

**RULE 7.1 DISCLOSURE STATEMENT**

Pursuant to Rule of the Court of Federal Claims 7.1, Plaintiff System Planning Corporation, by its undersigned counsel, files this corporate disclosure statement. System Planning Corporation is a privately held corporation. No publicly held corporation owns any share of its stock.

Respectfully submitted,

WILLIAMS & CONNOLLY LLP

By F. Whitten Peters by Juli Ann Lund

F. Whitten Peters, Esq.
725 Twelfth Street, N.W.
Washington, D.C. 20005
Tel: (202) 434-5000
Fax: (202) 434-5029

Attorneys for Plaintiff System Planning Corporation

DATED: September 18, 2007