IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| SYSTEM PLANNING CORPORATION, | ) | |
| | ) | |
| Plaintiff, | ) | No. 07-678 C |
| v. | ) | (Judge Hewitt) |
| | ) | |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |

DEFENDANT'S UNOPPOSED MOTION FOR ENLARGEMENT OF TIME

Pursuant to Rule 6(b)(1) and 6.1 of the United States Court of Federal Claims (RCFC), defendant United States respectfully requests a 60 day enlargement of time, to and including January 18, 2008, to file a response to the complaint. Our response is currently due on November 19, 2007. This is defendant's first request for an enlargement for this purpose. On November 13, 2007, F. Whitten Peters, counsel for the plaintiff, indicated to the undersigned that he did not oppose this motion.

Upon being assigned responsibility for this matter, defendant's counsel promptly forwarded a copy of the complaint to the United States Department of Agriculture. Counsel was first able to speak to the agency counsel on October 10, 2007. The agency has advised us that it will be unable to provide counsel with the statutorily required litigation report in sufficient time for counsel to prepare a response to the complaint by the current due date, because the individual responsible for assembling the documents is currently away participating in required training with the United States Air Force.

This enlargement is necessary to ensure adequate time for the agency to prepare a litigation report, as well as adequate time for counsel to prepare a thorough response, and to obtain the necessary supervisory review of the Government's response.

For the foregoing reasons, defendant respectfully requests the Court to grant this motion for enlargement of time of 60 days, to and including, January 18, 2008, within which to file a response to the plaintiff's complaint.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

JEANNE E. DAVIDSON
Director

/s/
MARK A. MELNICK
Assistant Director

/s/ Joan M. Stentiford
JOAN M. STENTIFORD
Trial Attorney
Commercial Litigation Branch
Department of Justice
Attn: Classification Unit
8th Floor
1100 L Street, N.W.
Washington, D.C. 20530
Tele: (202) 616-0341
Fax: (202) 514-8624

November 14, 2007

Attorneys for Defendant

CERTIFICATE OF SERVICE

I hereby certify under penalty of perjury that on this __14th__th day of November 2007, I caused to be delivered copies of the foregoing "DEFENDANT'S MOTION FOR AN ENLARGEMENT OF TIME", was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

___/s/ Joan M. Stentiford_____
JOAN M. STENTIFORD