# In the United States Court of Federal Claims

No. 07-678 C

(E-Filed: November 14, 2007)

SYSTEM PLANNING CORPORATION,

Plaintiff,

v.

THE UNITED STATES,

Defendant.

ORDER

Before the court is Defendant's Unopposed Motion for Enlargement of Time (defendant's Motion), filed November 14, 2007. Based on the representations contained therein, defendant's Motion is GRANTED. Defendant shall have up to and including Friday, January 18, 2008 to file its response to plaintiff's complaint.

IT IS SO ORDERED.

s/ Emily C. Hewitt
EMILY C. HEWITT
Judge