# In the United States Court of Federal Claims

No. 07-678 C

(E-Filed: March 31, 2008)

| | |
|---|---|
| SYSTEM PLANNING CORPORATION, | ) |
| Plaintiff, | ) |
| v. | ) |
| THE UNITED STATES, | ) |
| Defendant. | ) |

ORDER

Further to the Joint Preliminary Status Report filed by the parties on March 10, 2008, the court establishes the following schedule for the completion of factual and expert discovery and the filing of dispositive motions:

1. All factual discovery to be completed by Monday, October 20, 2008. There shall be a maximum of 25 interrogatories by each party to any other party and responses will be due 30 days after service of each interrogatory. There shall be a maximum of 10 depositions by each party, subject to requests for leave for additional depositions. Each deposition will be limited to a maximum of 8 hours. Discovery requests shall be supplemented and fully amended no later than 30 days before the end of discovery.

2. Disclosure of expert reports in compliance with the Rules of the United States Court of Federal Claims (RCFC) 26(a)(2)(B) of any expert who may be used at trial to present evidence on any liability or damages issue under Rules 702, 703, or 705 of the Federal Rules of Evidence, will be made by plaintiff no later than December 1, 2008.

3. Disclosure of expert reports in compliance with RCFC 26(a)(2)(B) of any expert who may be used at trial to present evidence on any liability or

damages issue under Rules 702, 703, or 705 of the Federal Rules of Evidence, will be made by defendant no later than January 15, 2009.

4. Disclosure of any expert reports in compliance with RCFC 26(a)(2)(B) of any expert who may be used at trial to present evidence on any liability or damages issue under Rules 702, 703, or 705 of the Federal Rules of Evidence, to rebut any expert testimony will be made no later than February 16, 2009.

5. All expert discovery to be completed by March 16, 2009. Discovery requests shall be supplemented and fully amended no later than 30 days before the end of discovery.

6. Any dispositive motions shall be filed no later than May 15, 2009. The court reserves the setting of a pre-trial schedule until after the resolution of all dispositive motions.

7. Final lists of witnesses and exhibits under RCFC 26(a)(3) will be due, if necessary, no later than 30 days after resolution of all dispositive motions. The parties will have 30 days after service of final lists of witnesses and exhibits to list objections under RCFC 26(a)(3).

The parties are urged to contact the court at any time when they believe the involvement of the court will help to secure the just, speedy, and inexpensive determination of this action. See RCFC 1.

IT IS SO ORDERED.

s/ Emily C. Hewitt
EMILY C. HEWITT
Judge