IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| SYSTEM PLANNING CORPORATION, | ) | |
| | ) | |
| Plaintiff, | ) | No. 07-678 C |
| v. | ) | (Judge Hewitt) |
| | ) | |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |

JOINT MOTION FOR A PROTECTIVE ORDER

Pursuant to Rule 26(c) of the Rules of the United States Court of Federal Claims, the parties hereby jointly, respectfully request the Court to issue a protective order to enable defendant to produce records requested by plaintiffs that contain material protected from disclosure under the Privacy Act, 5 U.S.C. § 552a. The parties also jointly, respectfully request that the Court order defendant to produce the records requested by plaintiffs that contain material protected from disclosure under the Privacy Act, 5. U.S.C. § 552a, to enable defendant to produce the requested records pursuant to 5 U.S.C. § 552a(b)(11).

Plaintiffs have served document requests upon defendant requesting documents that are either classified or designated "for official use only." See Ex. 1. These documents concern an automated access system for sensitive national defense facilities located at various places around the United States, so the documents contain sensitive information related to national security.

Absent a protective order and an order from the Court instructing defendant to produce the requested records, defendant will be unable to produce the requested documents because of their sensitive, proprietary or classified nature.

For these reasons, the parties respectfully request that the Court issue a protective order and an order instructing defendant to produce the documents requested by plaintiffs, which contain material designated by the Air Force as classified or as for official use only, may contain

information subject to the Privacy Act, may contain DoD Unclassified Nuclear Information and Export Controlled and may also contain proprietary information. The parties have attached a proposed protective order for the convenience of the Court.

Respectfully submitted,

GREGORY G. KATSAS
Assistant Attorney General

JEANNE E. DAVIDSON
Director

s/Mark A. Melnick
MARK A. MELNICK
Assistant Director

s/Joan M. Stentiford
JOAN M. STENTIFORD
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
8th Floor
1100 L Street, N.W.
Washington, D.C. 20530
TEL: (202) 616-0341
FAX: (202) 514-8624

Of Counsel:
CHUN-I CHIANG
Air Force Legal Operations Agency
Commercial Litigation
AFLOA/JACQ
1501 Wilson Boulevard, Suite 606
Arlington, Virginia 22209

Attorneys for Defendant

s/Thomas M. Craig
THOMAS M. CRAIG
Williams & Connelly
725 12th Street, N.W.
Washington, D.C. 20005
(202) 434-5440
Attorney for Plaintiffs

July 23, 2008

CERTIFICATE OF FILING

I hereby certify that on July, 23, 2008, copies of the foregoing "JOINT MOTION FOR A PROTECTIVE ORDER" and "PROPOSED PROTECTIVE ORDER" were filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties my access this filing through the Court's system.

s/Joan M. Stentiford
Joan M. Stentiford