# In the United States Court of Federal Claims

No. 07-678 C

(E-Filed: July 30, 2008)

SYSTEM PLANNING CORPORATION,

Plaintiff,

v.

THE UNITED STATES,

Defendant.

ORDER

Before the court is the parties' Joint Motion For a Protective Order (the parties' Motion). To the extent consistent with the terms of the Protective Order filed just after this Order, the court GRANTS the parties' Motion.

IT IS SO ORDERED.

s/ Emily C. Hewitt
EMILY C. HEWITT
Judge